■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BILAL HASSAN, Petitioner, v MICHAEL J. SPOSATO, Respondent. [15 NYS3d 892]—Writ of habeas corpus in the nature of an application to set bail upon Nassau County indictment No. 289N/15.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Nassau County, was not an improvident exercise of discretion, and did not violate

"constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Eng, P.J., Dickerson, Sgroi and Hinds-Radix, JJ., concur.